AO 93C (08/18) Warrant by Telephone or Other Reliable Electronic Means (Page 2)

| Return | | |
|---|---|---|
| Case No.: 24-12520 | Date and time warrant executed: 9/3/24 14:30 | Copy of warrant and inventory left with: Roberts, Willie |
| Inventory made in the presence of: SA's Ray Allen & Mackenzie Burns | | |

Inventory of the property taken and name(s) of any person(s) seized:

2x Buccal Swabs taken from Roberts

### Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 9/3/2024

*Executing officer's signature*

Scott Kuiper, Special Agent
*Printed name and title*